UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X     (ECF)
MARGARET DOLSON,

                              Plaintiff,                    **NOTICE OF MOTION**

                                                          **Docket No.:**
        -against-                                  **05 CIV 2204 (CM)**

VILLAGE OF WASHINGTONVILLE,
STEPHEN PASCAL, CHIEF OF POLICE
sued in his individual capacity,

                                Defendants.
------------------------------------------------------------X

     **PLEASE TAKE NOTICE**, that upon the annexed Affirmation of **CYNTHIA DOLAN, ESQ**., and the exhibits annexed hereto, Memorandum of Law, and upon all pleadings and proceedings had heretofore herein, the undersigned will move this Court before the Honorable Colleen McMahon, at the United States District Court, Southern District of New York, 300 Quarropas Street, White Plains, New York on the ____ day of June 2005 at 9:30 AM, or as soon thereafter as counsel may be heard, for order dismissing the plaintiff's claims against the defendants on the basis that the plaintiff has failed to plead a <u>prima facie</u> case and a cause of action upon which relief may be granted pursuant to Fed.R.Civ.P., Rule12(b)(6) and for an order granting the defendant summary judgment pursuant to Fed.R.Civ.P., Rule 56(c) on the issues of qualified and absolute immunity, together with such other and further relief as the Court may deem just and appropriate under the circumstances herein.

**PLEASE TAKE FURTHER NOTICE**, that answering Affirmations, if any, must be served upon the undersigned two weeks from date of receipt of this motion.

DATED: White Plains, New York
May 27, 2005

        Yours etc.,

        _____S/_____
        BY: CYNTHIA DOLAN, ESQ.
        BOEGGEMAN, GEORGE, HODGES
        & CORDE, P.C.
        Attorneys for Defendants
        VILLAGE OF WASHINGTONVILLE
        11 Martine Avenue
        White Plains, New York 10606
        (914) 761-2252

TO:    LAW OFFICE OF MICHAEL H. SUSSMAN
        Attorney for Plaintiff
        40 Park Place
        P.O. Box 1005
        Goshen, New York 10924
        (845) 294-3991